Case No.: 5:23-cv-1350

**EXHIBIT 1:** STILL FRAME OF VIDEO

