## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

GLOBAL WEATHER PRODUCTIONS, LLC

        Plaintiff,

    v.

JOE PAGS MEDIA, LLC

        Defendant.

§
§
§
§
§
§
§  Case No: 5:23-cv-01350-JKP-ESC
§
§
§
§
§

## CLERK'S CERTIFICATE OF DEFAULT

I, _____, Clerk of the United States District Court for the Western District of Texas, do hereby certify that this action was commenced on October 25, 2023 with the filing of a summons and complaint.  On January 18, 2024, a copy of the summons and complaint was served on defendant Joe Pags Media, LLC ("Defendant") by personally serving a person authorized to accept service on Defendant's behalf.  Proof of service was therefore filed on January 19, 2024.  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated:_____, 2023

 San Antonio, Texas

By:         _____

                Deputy Clerk