IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOE PAGS MEDIA, LLC<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ Case No: 5:23-cv-01350-JKP-ESC<br>§<br>§<br>§<br>§<br>§ |

## CLERK'S CERTIFICATE OF DEFAULT

I, Monica Granados-Ramos, Deputy Clerk of the United States District Court for the Western District of Texas, do hereby certify that this action was commenced on October 25, 2023 with the filing of a summons and complaint. On January 18, 2024, a copy of the summons and complaint was served on defendant Joe Pags Media, LLC ("Defendant") by personally serving a person authorized to accept service on Defendant's behalf. Proof of service was therefore filed on January 19, 2024. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: __March 5_____, 2024

San Antonio, Texas

By: _____
Monica Granados-Ramos, Deputy Clerk