# EXHIBIT B

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOE PAGS MEDIA, LLC,<br><br>Defendant. | Case No: 5:23-cv-01350-JKP-ESC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I caused to be served via USPS certified mail a copy of the summons, complaint with the underlying exhibits, and the Referral Order [ECF Nos. 1-6] on defendant via its last known business address:

    Joe Pags Media, LLC
    c/o Joseph J Pagliarulo
    287 Coyote Trail
    Spring Branch, TX 78070

                                    By: */s James H. Freeman /*
                                           James H. Freeman

## CERTIFICATE OF SERVICE

On January 19, 2024, the foregoing was served via CM/ECF on all counsel of record.

By: <u>/s James H. Freeman /</u>
James H. Freeman