# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-374-324**

**Effective Date of Registration:**
September 01, 2022
**Registration Decision Date:**
October 07, 2022



## Title

     **Title of Work:** 8.22.2022_Dallas Tx Incredible Flooding Drone

## Completion/Publication

     **Year of Completion:** 2022
     **Date of 1st Publication:** August 22, 2022
     **Nation of 1st Publication:** United States

## Author

     • **Author:** Michael Brandon Clement
     **Author Created:** entire motion picture
     **Work made for hire:** No
     **Domiciled in:** United States

## Copyright Claimant

     **Copyright Claimant:** Michael Brandon Clement
     1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

     **Name:** Craig Sanders
     **Date:** September 01, 2022

**Registration #:**  PA0002374324
**Service Request #:**  1-11674779105



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States