**McHALE & SLAVIN, P.A.**
ATTORNEYS AT LAW

U.S. & INTERNATIONAL PATENTS, TRADEMARKS, COPYRIGHTS,
RELATED LICENSING & LITIGATION

2855 PGA BOULEVARD
PALM BEACH GARDENS • FLORIDA • 33410-2910
TELEPHONE (561) 625-6575    FACSIMILE (561) 625-6572
palmbeach@mchaleslavin.com

DEFENDANT'S EXHIBIT **C**

February 27, 2024

<u>*Via Email and FedEx*</u>
James H. Freeman
Craig Sanders
Sanders Law Group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY  11553

        Re:    Global Weather Productions, LLC v. Joe Pags Media, LLC
                Case No. 23-cv-1350-JKP-ESC (W.D. TX.)

Dear Messrs. Freeman and Sanders:

      I write to you once again, this time on behalf of Joe Pags Media, LLC, regarding the above-referenced action.

      In checking the Court's docket, we noticed that the previously filed "Certificate of Service" was made the subject of a "Notice of Correction" on February 22, 2024, which edited the docket to reflect Dkt. No. 7 as a SUMMONS RETURNED EXECUTED.  As you know, we specifically addressed the deficiency of your firm's purported "Certificate of Service" in our letter to you of January 24, 2024, sent on behalf of M3 Media Management (attached here).  That letter incorporated and attached our earlier letter dated December 22, 2023.  Our December 22 letter was sent to show you that no case for copyright infringement has ever existed as to Joe Pags Media, LLC, and to make it plain that only M3 Media Management is the proper subject of the claim identified by Global Weather Productions in the Complaint.  We never received a response to either letter, as requested.

      On behalf of Joe Pags Media, LLC, we believe that you have a duty as officers of the Court to ensure that the recent docket "Correction" is addressed.  Clearly, no effective service of process has yet occurred.  Mr. Freeman was not a person authorized to serve process, and separately, no valid return of service was filed—because the Complaint was not served.  Failing that, we will necessarily be required to move to Dismiss the Complaint, *inter alia,* for improper service, and seek a judgment of non-infringement for Joe Pags Media because, as you know from our prior correspondence, it is not liable for the alleged infringement identified in the Complaint.

MIAMI (305) 374-3311      www.mchaleslavin.com      CHICAGO (312) 939-2515

James H. Freeman
Craig Sanders
February 27, 2024
Page Two

Requiring Joe Pags Media to undertake such expenses is unwarranted under the circumstances of this matter, and we will seek all available monetary recovery, including in the form of sanctions, if we are required to do so.

I ask that we set up a phone call with you as soon as possible.

Sincerely,

McHALE & SLAVIN, P.A.

Edward F. McHale
EFM/ac