**alockton@mchaleslavin.com**

| | |
|---|---|
| **From:** | alockton@mchaleslavin.com |
| **Sent:** | Friday, April 12, 2024 2:27 PM |
| **To:** | jfreeman@sanderslaw.group |
| **Cc:** | emchale@mchaleslavin.com; litigation@mchaleslavin.com; csanders@sanderslaw.group |
| **Subject:** | RE: Global Weather v. Joe Pags Media, 23-cv-1350 (WD. Tex.) |
| **Attachments:** | Global Weather Productions, LLC v. Joe Pags Media, LLC (2.34 MB) |

DEFENDANT'S EXHIBIT F

Hi James,

I wanted to follow up and make sure you saw our email (with attachments) from April 3rd (provided again, attached hereto). As you should recall, when we previously spoke we discussed that you were going to send us a joint stipulation to set aside the clerk's default and set a 60-day period to respond to the complaint, during which time you and your client could assess whether it still desired to pursue copyright infringement claims against Joe Pags Media, LLC, or instead, if you agree with us, that your client would elect to dismiss the current case and either file a suit against the proper defendant M3 Media Management (as addressed in the attached email and its attachments) or we could attempt to resolve the dispute between Global Weather and M3.

Please confirm receipt of this email, and of the April 3rd email attached hereto. After you've reviewed the April 3rd correspondence, please let us know how you'd like to proceed. Thank you.


**Sincerely,**

**Andrew D. Lockton**

**McHALE & SLAVIN, P.A.**
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
*Tel.:* (561) 625-6575
*Fax:* (561) 625-6572
E-mail: [ALockton@McHaleSlavin.com](mailto:ALockton@McHaleSlavin.com)



NOTICE: This communication (including any attachments) is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510 et seq.) and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you have received this e-mail in error, please immediately notify us by telephone at (561) 625-6575 or by reply e-mail. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited and may be held to be an interference with attorney communications. This message (including any attachments) has been scanned by anti-virus software before sending.

**From:** alockton@mchaleslavin.com <alockton@mchaleslavin.com>
**Sent:** Wednesday, March 13, 2024 4:27 PM
**To:** jfreeman@sanderslaw.group
**Cc:** emchale@mchaleslavin.com; litigation@mchaleslavin.com
**Subject:** Global Weather v. Joe Pags Media, 23-cv-1350 (WD. Tex.)

Hi James,

I just wanted to follow up with you following our phone call a couple of minutes ago.  In future correspondence, please use the email addresses in this email to reach us, specifically litigation@mchaleslavin.com will be received by both me and Ed McHale.

We look forward to your draft stipulation to set aside the clerk's default and set a 60 day period to respond to the complaint.  In the interim, I'll work on getting together documentation to show you that M3 is the only proper defendant for this matter and then we can discuss continuing the case in SDNY instead of WD Tex.  Thank you.


**Sincerely,**

**Andrew D. Lockton**

**McHALE & SLAVIN, P.A.**
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
*Tel.:* (561) 625-6575
*Fax:* (561) 625-6572
*E-mail:* ALockton@McHaleSlavin.com



NOTICE: This communication (including any attachments) is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510 et seq.) and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you have received this e-mail in error, please immediately notify us by telephone at (561) 625-6575 or by reply e-mail. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited and may be held to be an interference with attorney communications. This message (including any attachments) has been scanned by anti-virus software before sending.