

# Joe Pags

383K followers • 201 following

Follow    Search

Posts   Subscriber hub   **About**   Mentions   Reviews   Reels   More

## About

Contact and basic info

**Page transparency**

Details About Joe Pags

### Page transparency

Facebook is showing information to help you understand the purpose of this Page.

**106854275018**
Page ID

**November 28, 2008**
Creation date

**Admin info**
This Page can have multiple admins. They may have permission to post content, comment or send messages as the Page.

This Page is not currently running ads.

Page manager location is United States

See all

        

**Reviews**
Rating · 4.8 (1,439 Reviews)

 Maner Sk 👎 recommends Joe Pags.
4w · 🌐

Highly Recommended! Very insightful, i will also say this here. Investment is one of the best ways to achieve financial … See more

 1                                                                0 comments

 Ritz Michaels 👎 doesn't recommend Joe Pags.
7w · 🌐

He talks over everyone, talks down to callers and he's way too in love with his voice

0 comments

See all

**Reels**

Joe Pags's Reels

 ▶ 9.2K
 ▶ 15K
 ▶ 4.1K
 ▶ 3.4K
 ▶ 2.4K

 ▶ 3.6K
 ▶ 3.2K
 ▶ 1.8K
 ▶ 3K
 ▶ 3.5K

See all



