IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC | § § § § |
| Plaintiff, | § § |
| v. | § § Case No: 5:23-cv-01350-JKP-ESC |
| JOE PAGS MEDIA, LLC | § § § |
| Defendant. | § § § § |

# PLAINTIFF'S ADVISORY OF INTENT TO FILE
# SECOND AMENDED COMPLAINT

Pursuant to section 1 of the Court's Standing Order in Civil Cases, Plaintiff Global Weather Productions LLC ("Plaintiff") respectfully submits this Advisory of its intent to file a Second Amended Complaint in response to defendant Joe Pags Media, LLC ("Defendant")'s written notification, dated July 22, 2024, of Defendant's intent to file a Rule 12(b)(6) motion to dismiss the Amended Complaint. In accordance with the Court's Standing Order, and without admitting that the operative complaint suffers from any pleading deficiencies, Plaintiff intends to file a Second Amended Complaint on or before August 5, 2024.

Dated: July 29, 2024

Respectfully submitted,

**SANDERS LAW GROUP**

By:     /s *Craig B. Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Blvd., Ste. 402
Uniondale, New York 11553
Email: csanders@barshaysanders.com
Tel: (516) 203-7600
Fax: (516) 282-7878

*Attorneys for Plaintiff*

## **_CERTIFICATE OF SERVICE_**

I hereby certify that the foregoing Advisory was served on all counsel of record via CM/ECF on July 29, 2024.

*s/ James H. Freeman /*
James H. Freeman