**EXHIBIT 1:** STILL FRAME OF VIDEO

