**EXHIBIT 2:** INFRINGEMENT

URL: https://www.facebook.com/watch/?v=429869679171943

