Case 5:23-cv-01350-JKP-ESC   Document 26-4   Filed 08/26/24   Page 1 of 5





# DOCUMENTING MOTHER NATURES MOST EXTREME WEATHER

Follow along and see some of the most extreme weather around the world, watch from the beginning, to the aftermath.



**NOR'EASTER ENCASES HOMES IN ICE 1-30-2022 BOMB CYCLONE 4K…**

Nor'easter bomb cyclone sent waves crashing over…



**DRONE VIDEOS VOLCANIC LIGHTNING STORM- CUMBRE VIEJO- L…**

For licensing inquiries please email Brandon@wxchasing.com…



**DRONE CAPTURES MASSIVE WAVES SLAMMING INTO HOMES- 4K**

The town of Scituate, Ma experiences onshore…

CATEGORIES:

HURRICANES

FLOODING

VOLCANOES

TORNADOES

WINTER WEATHER

# WHAT WE DO

WxChasing follows award winning videographer Brandon Clement around the globe in pursuit of Mother Nature's wrath. We cover weather extremes from tornadoes, hurricanes, flooding, blizzards, volcanoes and garuda4d even climate change impacts. Our goal is to the tell the story through our lens. Little commentary and lots of impacts. Along the way, we always try to help. That help can be little things such as pulling out a stuck vehicle or bringing hot food to someone in senior4d need during a disaster to big things such as fundraising projects for people that have lost everything or search and pedia4d rescue after a major disaster. We always ry to be mindful of the people pedia4d being impacted and try to find creative ways to help.

# POPULAR VIDEOS

Take a look at some of our best works



Insane video: Tornado hits wind farm- Captured by drone in 4k


Andover, Ks Drone video shows extensive damage from tornado 4-30-2022


3-23-2022 Arabi, La Major Tornado Damage in New Orleans Metro Drone

8/6/24, 3:05 PM
Case 5:23-cv-01350-JKP-ESC Document 26-4 Filed 08/26/24 Page 4 of 5
WxChasing - Documenting mother natures most extreme weather



3-21-2022 Granger, Tx tornado damage from drone homes and businesses destroyed

## ABOUT US

WxChasing follows Brandon Clement through extreme weather all over the world. Brandon is an Emmy award winning videographer and storm chaser. His work is featured garuda4d on every major network in the United States and internationally. Brandon's drones have revolutionized how the world watches weather. From volcanoes, wildfires, tornadoes and hurricanes, Brandon is always in the right place for the pedia4d wrong thing to happen,

capturing the moment to show the rest of us. He has been senior4d in over 100 tropical systems, seen more than 100 tornadoes as well garuda4d countless other severe weather pedia4d events in more than 20 years of chasing weather.

**CONTACT US**



## AS SEEN ON

WXCHASING IS TRUSTED FOR DOCUMENTING NATURAL DISASTERS, AND HAS BEEN FEATURED ON COUNTLESS MEDIA NETWORKS.

   
   
    
    


Copyright © 2024 WxChasing