

Query　Reports ▾　Utilities ▾　Help　Log Out

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CIVIL DOCKET FOR CASE #: 5:24-cv-00581-OLG

Clement v. IHeartMedia Inc.  
Assigned to: Judge Orlando L. Garcia  
Cause: 17:501 Copyright Infringement

Date Filed: 05/29/2024  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Michael Brandon Clement**　　　represented by　**James H. Freeman**  
Sanders Law Group  
333 Earle Ovington Boulevard  
Ste 402  
Uniondale, NY 11553  
516-203-7600  
Fax: 516-203-7601  
Email: jfreeman@sanderslaw.group  
*ATTORNEY TO BE NOTICED*

**Craig B. Sanders**  
Sanders Law Group  
333 Earle Ovington Boulevard  
Suite 402  
Uniondale, NY 11553  
516-203-7600  
Fax: 516-282-7878  
Email: csanders@sanderslaw.group  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**IHeartMedia Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2024 | 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC-18817215), filed by Michael Brandon Clement. (Attachments: # 1 Exhibit Original Video, # 2 Exhibit Infringing Use of Video, # 3 Civil Cover Sheet)(Sanders, Craig) (Entered: 05/29/2024) |
| 05/29/2024 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Michael Brandon Clement. (Sanders, Craig) (Entered: 05/29/2024) |
| 05/29/2024 | 3 | NOTICE of Attorney Appearance by James H. Freeman on behalf of Michael Brandon Clement. Attorney James H. Freeman added to party Michael Brandon Clement(pty:pla) (Freeman, James) (Entered: 05/29/2024) |

| | | |
|---|---|---|
| 05/29/2024 | | Case assigned to Judge Orlando L. Garcia. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rqr) (Entered: 05/31/2024) |
| 05/29/2024 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Farrer (rqr) (Entered: 05/31/2024) |
| 05/31/2024 | 4 | Summons Issued as to IHeartMedia Inc.. (rqr) (Entered: 05/31/2024) |
| 06/07/2024 | 5 | Report on Copyright sent to Register of Copyrights. (rqr) (Entered: 06/07/2024) |
| 08/12/2024 | 6 | SUMMONS Returned Executed by Michael Brandon Clement. IHeartMedia Inc. served on 8/9/2024, answer due 8/30/2024. (Sanders, Craig) (Entered: 08/12/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2024 08:30:39 | | | |
| **PACER Login:** | 285533410 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:24-cv-00581-OLG |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |