

        

**Reviews**
Rating · 4.8 (1,439 Reviews)

 Maner Sk 👍 recommends Joe Pags.
4w · 🌐

Highly Recommended! Very insightful, i will also say this here. Investment is one of the best ways to achieve financial … See more

 1                                    0 comments

 Ritz Michaels 👎 doesn't recommend Joe Pags.
7w · 🌐

He talks over everyone, talks down to callers and he's way too in love with his voice

0 comments

See all

**Reels**

Joe Pags's Reels

 9.2K    15K    4.1K    3.4K    2.4K

 3.6K    3.2K    1.8K    3K    3.5K

See all



