## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | Case No: 5:23-cv-01350-JKP-ESC |
| v. | §<br>§ | |
| JOE PAGS MEDIA, LLC:<br>MCLAUGHLIN MEDIA<br>MANAGEMENT LLC | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

### DECLARATION OF MICHAEL BRANDON CLEMENT

I, MICHAEL BRANDON CLEMENT, swear under the penalty of perjury that he following is true to the best of my personal knowledge.

1.     I am the founding and managing member of plaintiff Global Weather Productions, LLC ("Plaintiff"). I am also a professional videographer who specializes in capturing natural disasters and weather storms.

2.     I submit this declaration in opposition to Defendants' Rule 12(b)(6) motion.

3.     On or about August 22, 2022, I published to Youtube.com a video I created which depicts a water rescue on Interstate 30 in downtown Dallas after a flash flooding in August 2022 (the "Video"). The original Video has a duration of three minutes and thirty-two seconds. As per paragraph 16 of the Second Amended Complaint, when I uploaded the Video to YouTube at URL https://www.youtube.com/watch?v=rhR-R-cgAXA, the application logged the duration of the Video at three minutes and thirty-two seconds. A true and correct copy of a screenshot from the Video, as uploaded to YouTube, is attached hereto as Exhibit A.

4.    On September 1, 2022, the Video was registered by the Copyright Office under Registration No. PA 2-374-324, listing myself as the copyright claimant (the "324 Registration"). The Video is on deposit with the 324 Registration. A true and correct copy of the 324 Registration certificate is attached hereto as Exhibit B.

5.    On June 4, 2023, subsequent to the effective date of the 324 Registration, I assigned all rights, titles and interests in the copyright to the Video to Plaintiff by a written assignment agreement, including the right to bring this lawsuit. There is no dispute between Plaintiff and me concerning the validity of the assignment or status of copyright ownership. A true and correct copy of the copyright assignment agreement attached hereto as Exhibit C.

Sheridan, Wyoming

Dated: September 9, 2024

Michael Brandon Clement

MICHAEL BRANDON CLEMENT