# EXHIBIT A

  YouTube · Maps · Gmail

Search

**Insane Dallas Flooding- Drone Water Rescues - August 22, 2022**

WXChasing
113K subscribers

Subscribe

464 · Share · Download · Thanks · Save