# EXHIBIT C

## COPYRIGHT ASSIGNMENT

This Agreement is entered into this 4 day of June, 2023 by and between Michael Brandon Clement ("Photographer") and Global Weather Productions, LLC ("LLC") in connection with all of Photographer's works.

**1.     Assignment**: For good and valuable consideration which is hereby acknowledged, Photographer hereby irrevocably transfers and assigns to LLC, in perpetuity and throughout the world, all of Photographer's rights, titles and interests to all intellectual property, for use (in whole, in part, or as modified or changed) in any and all media, now known or hereafter created by Photographer during the term of this Agreement, all together with all causes of action accruing or occurring before or during the term of this Agreement, including the right to receive and retain any proceeds related thereto. LLC shall have the right to register the copyright of any work assigned hereunder in its own name and shall have the exclusive right to dispose of the copyright in any way that LLC sees fit. The assignment of all rights in all of the Photographer's works shall take effect upon execution of this Agreement.  Further, pursuant to this Agreement, Photographer continues to assign Photographer's interests in all new works created and owned by Photographer without a further writing.  Such assignment shall continue until this Agreement is terminated by Photographer in writing. Photographer hereby agrees to execute all papers and perform such other proper acts as LLC may deem necessary to secure for LLC the rights herein assigned.

**2.     Moral Rights:** Subject to the terms of this Agreement, Photographer hereby waives any moral rights or any similar right with respect to the Photographer's works as such rights may presently or in the future exist by legislative enactment or otherwise.

**3.     Warranties and Representations:** Photographer warrants and represents that:

A. Photographer is the sole and exclusive owner of the rights herein granted throughout the world and that no work being assigned has in any way been encumbered, conveyed, granted or otherwise disposed of and the same are free of any liens or claims whatsoever and that there are no claims or litigation pending, outstanding, or threatened which might in any way prejudice, interrupt or interfere with LLC's use of the Project;

B. Photographer have the full right and authority to enter into this Agreement and to grant LLC the rights granted to it herein; and

C. Photographer's works are wholly original to Photographer and no use by LLC of the works will violate or infringe upon any copyright belonging to any person, firm or corporation nor will it constitute a defamation or an invasion of privacy or any other right(s) of any person, firm or corporation.

D. Photographer hereby release LLC, its officers, employees, agents, licensees, successors and assigns, from any and all liability for damages for libel, slander, invasion of privacy, copyright infringement or any other claims arising from the use of Photographer's works.

**4. Choice of Law:** This Agreement shall be governed by the laws of the State of New York. Any action or proceeding of any kind arising out of this Agreement or with respect to it shall be instituted and tried only in the federal or state courts within New York.

**5. Complete Agreement:** This Agreement contains the entire understanding between the parties and may not be altered or modified except in writing signed by them. A waiver by either party of any breach or default by the other party may not be construed as a waiver of any other breach or default by such party.

**6. Third-Party Beneficiaries:** This Agreement is for the exclusive benefit of the parties hereto and shall not be deemed to give any legal or equitable right, remedy or claim whatsoever to any other person.

**ACCEPTED AND AGREED:**

LLC: Global Weather Productions

By: *Michael Clement*

Title: CEO

Date: 06 / 04 / 2023

PHOTOGRAPHER: Michael Brandon Clement

By: *Michael Clement*

Date: 06 / 04 / 2023