# EXHIBIT B

# Re: Global Weather v. Joe Pags Media et al. - Request for Waiver of Service

James H Freeman <jfreeman@sanderslaw.group>

Fri 7/26/2024 2:52 PM

To: alockton@mchaleslavin.com <alockton@mchaleslavin.com>;  Craig Sanders <csanders@sanderslaw.group>
Cc: 'Litigation' <Litigation@McHaleSlavin.com>

Andrew:

Here's a copy of the video uploaded to YouTube. I will also send you the.MP4 by separate email.  If you look at 2:34 of Video, it matches the infringement screenshot at Exhibit 2 of the FAC. So substantial similarity is not an issue in this case since frames from the original video and infringing video are identical.

https://www.youtube.com/watch?v=rhR-R-cgAXA



## Insane Dallas Flooding- Drone Water Rescues - August 22, 2022

Wow! Water rescues are being performed on the interstate in downtown Dallas. #flooding #Dallas #DFW #TxWx #FlashFlooding #flooding #floods #texas #drone #Interstate30 #I30 Contact us for licensing information at www.wxchasing.com

www.youtube.com