# EXHIBIT D

Case 5:23-cv-01350-JKP-ESC   Document 27-9   Filed 09/09/24   Page 2 of 2

**alockton@mchaleslavin.com**

To: James H Freeman; Craig Sanders

Cc: 'Litigation' <Litigation@McHaleSlavin.com>

Tue 8/13/2024 2:20 PM

Counsel,

This confirms receipt of a wetransfer link providing a video that is 3 minutes and 32 seconds in length.

I'm unclear as to your comments about the separate WD Texas case brought by Clement individually for the same copyright registration. As you know, if Clement lacked standing to file the suit, there is no jurisdiction and there can never be jurisdiction. If you intend to amend, as stated in your email, that merely supports the position that Clement was the copyright owner when that suit was filed on his behalf.

Rather than eliminating the issues previously addressed in our letter, the Second Amended Complaint maintains them, and provides additional information that makes the pleading even more deficient with respect to the issues addressed in our letter.

**Sincerely,**

**Andrew D. Lockton**

**McHALE & SLAVIN, P.A.**

2855 PGA Boulevard

Palm Beach Gardens, Florida 33410

*Tel.:* (561) 625-6575

*Fax:* (561) 625-6572

*E-mail:* ALockton@McHaleSlavin.com

**McHALE | SLAVIN**