# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL BRANDON CLEMENT<br><br>    *Plaintiff*,<br>v.<br><br>IHEARTMEDIA INC.<br><br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§   Case No: 5:24-cv-00581-OLG<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF DISMISSAL OF CIVIL ACTION
## WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Brandon Clement, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant iHeartMedia Inc., each party to bear its own costs and attorney's fees.

Dated: September 6, 2024
       Uniondale, New York

                                          /s/ *Craig B. Sanders* /
                                          Craig B. Sanders
                                          SANDERS LAW GROUP
                                          333 Earle Ovington Blvd., Ste. 402
                                          Uniondale, New York 11553
                                          Telephone: (516) 503-7600
                                          csanders@sanderslaw.group

                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and correct copy of the foregoing Notice of Dismissal was served upon all counsel of record via CM/ECF on September 6, 2024.

*s/ James H. Freeman /*
James H. Freeman

9/9/24, 5:01 PM  Case 5:23-cv-01350-JKP-ESC  Document 27-10  Filed 09/09/24  Page 4 of 5
Centralized TMS LLC v. iHeart U.S. District Court CM/ECF v2

CLOSED,COPYRIGHT

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:24-cv-00581-OLG

Clement v. IHeartMedia Inc.  
Assigned to: Judge Orlando L. Garcia  
Cause: 17:501 Copyright Infringement

Date Filed: 05/29/2024  
Date Terminated: 09/06/2024  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Michael Brandon Clement**    represented by    **James H. Freeman**  
Sanders Law Group  
333 Earle Ovington Boulevard  
Ste 402  
Uniondale, NY 11553  
516-203-7600  
Fax: 516-203-7601  
Email: jfreeman@sanderslaw.group  
*ATTORNEY TO BE NOTICED*

**Craig B. Sanders**  
Sanders Law Group  
333 Earle Ovington Boulevard  
Suite 402  
Uniondale, NY 11553  
516-203-7600  
Fax: 516-282-7878  
Email: csanders@sanderslaw.group  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**IHeartMedia Inc.**    represented by    **Jeffrey J. Phillips**  
Spencer Fane LLP  
Spencer Fane LLP  
3040 Post Oak Blvd.  
Suite 1400  
Houston, TX 77056  
713-552-1234  
Fax: 713-963-0859  
Email: jphillips@spencerfane.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 05/29/2024 | 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC-18817215), filed by Michael Brandon Clement. (Attachments: # 1 Exhibit Original Video, # 2 Exhibit Infringing Use of Video, # 3 Civil Cover Sheet)(Sanders, Craig) (Entered: 05/29/2024) |
|---|---|---|
| 05/29/2024 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Michael Brandon Clement. (Sanders, Craig) (Entered: 05/29/2024) |
| 05/29/2024 | 3 | NOTICE of Attorney Appearance by James H. Freeman on behalf of Michael Brandon Clement. Attorney James H. Freeman added to party Michael Brandon Clement(pty:pla) (Freeman, James) (Entered: 05/29/2024) |
| 05/29/2024 |   | Case assigned to Judge Orlando L. Garcia. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rqr) (Entered: 05/31/2024) |
| 05/29/2024 |   | If ordered by the court, all referrals will be assigned to Magistrate Judge Farrer (rqr) (Entered: 05/31/2024) |
| 05/31/2024 | 4 | Summons Issued as to IHeartMedia Inc.. (rqr) (Entered: 05/31/2024) |
| 06/07/2024 | 5 | Report on Copyright sent to Register of Copyrights. (rqr) (Entered: 06/07/2024) |
| 08/12/2024 | 6 | SUMMONS Returned Executed by Michael Brandon Clement. IHeartMedia Inc. served on 8/9/2024, answer due 8/30/2024. (Sanders, Craig) (Entered: 08/12/2024) |
| 08/23/2024 | 7 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by IHeartMedia Inc.. (Attachments: # 1 Proposed Order)(Phillips, Jeffrey) (Entered: 08/23/2024) |
| 08/23/2024 | 8 | NOTICE of Attorney Appearance by Jeffrey J. Phillips on behalf of IHeartMedia Inc.. Attorney Jeffrey J. Phillips added to party IHeartMedia Inc.(pty:dft) (Phillips, Jeffrey) (Entered: 08/23/2024) |
| 08/26/2024 |   | Text Order GRANTING 7 Unopposed Motion for Extension of Time to Answer. It is therefore ORDERED that Defendant's answer or responsive pleading be submitted to the Court on or before Monday, September 30, 2024. Entered by Judge Orlando L. Garcia. (This is a text-only entry generated by the court. There is no document associated with this entry.) (nm) (Entered: 08/26/2024) |
| 08/26/2024 |   | Set/Reset Deadlines: IHeartMedia Inc. answer due 9/30/2024. (mgr) (Entered: 08/27/2024) |
| 09/06/2024 | 9 | NOTICE of Voluntary Dismissal by Michael Brandon Clement (Freeman, James) (Entered: 09/06/2024) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/09/2024 16:01:21 | | |
| **PACER Login:** | Jhfreeman25 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 5:24-cv-00581-OLG |
| **Billable Pages:** | 2 | **Cost:** 0.20 |