IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>JOE PAGS MEDIA, LLC,<br><br>*Defendant.* | §<br>§<br>§  SA-23-CV-01350-JKP<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **AMENDED [PROPOSED] SCHEDULING ORDER**

Before the Court is the above-styled action. On January 27, 2025, the parties appeared through counsel at an Initial Pretrial Conference. On January 29, 2025, the Court entered a Scheduling Order [Dkt. No. 34]. Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff has filed an opposed motion with the Court to modify the Scheduling Order so as to extend the remaining deadlines by a period of ninety (90) days. Having considered the Plaintiff's motion, attorney declaration and exhibits in support, and having reviewed Defendant's opposition papers thereto, the Court finds that good cause exists to modify the Scheduling Order, and therefore the following dates are entered to control the course of this case from the date of entry of this Order:

    1. Designation of Witnesses, Experts, and Exhibits: All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and must **SERVE** on all parties but **NOT FILE** the materials required by Fed. R. Civ. P. 26 by **August 25, 2025**. Parties resisting claims for relief must file their designation of potential witnesses, testifying experts, and proposed exhibits, and must **SERVE** on all parties but **NOT FILE** the materials required by Fed. R. Civ. P. 26 by **September 24, 2025**. All designations of rebuttal experts must be designated within **30 days** of receipt of the report of the opposing expert.

    2. Expert Testimony Objection: An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 must be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days** of receipt of

1

the written report of the expert's proposed testimony, or **within 30 days** of the expert's deposition, if a deposition is taken, whichever is later.

   3. <u>Discovery</u>: The parties must complete discovery by **November 24, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

   4. <u>Dispositive Motions</u>: All dispositive motions shall be filed by **December 23, 2025**. Dispositive motions and responses to dispositive motions are limited to 20 pages in length, and any reply in support of a dispositive motion is limited to 10 pages in length. *See* Local Rule CV-7.

   5. <u>Mediation</u>: The parties must mediate this case on or before **December 9, 2025**, and file a report in accordance with Local Rule CV-88 within one week of the completion of mediation.

   6. The Court will set dates for trial and the final pretrial conference after ruling on any dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, the Court will also set appropriate deadlines for trial and pretrial conference matters.

   7. If at any time during the pendency of this lawsuit, you would like to consent to the trial of your case by a United States Magistrate Judge, please indicate your consent on the attached form or request a form through the Clerk's Office. If all parties consent to trial of this case by a United States Magistrate Judge, this Court may enter an order referring the case to a United States Magistrate Judge for trial and entry of judgment.

                  **IT IS SO ORDERED**.

                  _____