IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC<br><br>Plaintiff,<br>v.<br><br>JOE PAGS MEDIA, LLC<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ Case No: 5:23-cv-01350-JKP-ESC<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S NOTICE OF DEFENDANT'S
FAILURE TO TIMELY FILE AN OPPOSITION BRIEF**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, plaintiff Global Weather Productions, LLC ("Plaintiff"), respectfully notifies the Court that under Local Rule CV-7(d)(2), defendant Joe Pags Media, LLC ("Defendant") failed to timely file its opposition papers to Plaintiff's pending Motion to Extend the Scheduling Order [Dkt. No. 37 (the "Motion")].

Under CV-7(d)(2), "[a] response to a discovery or case management motion shall be filed not later than 7 days after the filing of the motion. . . . If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed." As plaintiff's Motion merely seeks an extension of discovery deadlines, it qualifies as a case management motion under CV-7(d)(2).

Here, the Motion was filed on May 8, 2025 [Dkt. No. 37] and, therefore, Defendant was required to file any opposition brief by May 15, 2025. *See* Local Rule CV-7(d)(2). The docket reflects that, as of May 16, 2025, no such opposition has been filed. Accordingly, Plaintiff respectfully requests that the Court grant the Motion as unopposed. *Id.*

Defendant's failure to timely file opposition papers to the Motion is prejudicial to Plaintiff given that Defendant refused to agree to extend the discovery deadlines, despite good cause to do so, and thereby forced Plaintiff and its counsel to incur the unnecessary time and expense of preparing the Motion. Defendant did not have a reasonable basis to oppose the Motion, given that the case at bar remains in an early phase and no trial date has been set. Any untimely response would also prejudice Plaintiff because the relief it seeks is urgent given the impending May 27, 2025 deadline to serve expert reports under the current Scheduling Order, which Plaintiff seeks to modify in good faith [Dkt. No. 34].

Dated: May 16, 2025                              Respectfully submitted,

**SANDERS LAW GROUP**

By: ___/s *James H. Freeman* /_____
James H. Freeman, Esq.
333 Earle Ovington Blvd., Ste. 402
Uniondale, New York 11553
Email: jfreeeman@sanderslaw.group
Tel: (516) 203-7600
Fax: (516) 282-7878

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2025, a true and correct copy of the foregoing Notice was served on all counsel of record via CM/ECF in accordance with the Federal Rules of Civil Procedure.

s / *jameshfreeman* /

James H. Freeman