## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

GLOBAL WEATHER PRODUCTIONS, LLC

    Plaintiff,

v.

JOE PAGS MEDIA, LLC

    Defendant.

Case No: 5:23-cv-01350-JKP-ESC

## DECLARATION OF JAMES H. FREEMAN

I, JAMES H. FREEMAN, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, as follows:

1. I am an attorney duly admitted to practice law before this Court and am an associate of Sanders Law Group, attorneys for the plaintiff Global Weather Productions, LLC (*"Plaintiff"*) in this action and, as such, have personal knowledge of all facts and circumstances upon which this Declaration is based.

2. I submit this declaration in further support of Plaintiff's opposed motion to modify the Court's Scheduling Order, dated January 29, 2025, pursuant to Fed. R. Civ. P. 16(b)(4).

3. Attached as Exhibit A is a true and correct copy of the docket sheet (accessed 5/16/25) from Case No. 1:25-mc-01721-RML, showing that Meta Platforms, Inc. was ordered to comply with the Subpoena by May 24, 2025.

Dated: May 16, 2025
Uniondale, NY

                                    Respectfully submitted:

                                    s/ *James H. Freeman* /
                                    James H. Freeman