# EXHIBIT A

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:25-mc-01721-RML

Global Weather Productions, LLC v. Meta Platforms, Inc.  
Assigned to: Magistrate Judge Robert M. Levy

Date Filed: 04/29/2025

**Plaintiff**

**Global Weather Productions, LLC**    represented by  **James H. Freeman**
Sanders Law Group
333 Earle Ovington Boulevard
Ste 402
Uniondale, NY 11553
516-203-7600
Fax: 516-203-7601
Email: jfreeman@sanderslaw.group
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meta Platforms, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2025 | 1 | MOTION to Compel *Respondents Compliance with Document Subpoena* by Global Weather Productions, LLC. (Attachments: # 1 Declaration James H. Freeman) (CV) (Entered: 04/30/2025) |
| 04/29/2025 | 2 | Corporate Disclosure Statement by Global Weather Productions, LLC identifying Corporate Parent Brandon Clement for Global Weather Productions, LLC. (CV) (Entered: 04/30/2025) |
| 04/29/2025 | 3 | Unsigned Order to Show Cause by Global Weather Productions, LLC (CV) (Entered: 04/30/2025) |
| 04/29/2025 |   | FILING FEE: $ 52.00, receipt number 200005207 (CV) (Entered: 04/30/2025) |
| 05/13/2025 |   | ORDER granting without objection 1 Motion to Compel Meta Platforms, Inc. to comply with the non-party document subpoena, dated 4/11/25. It shall do so no later than 5/23/25.Ordered by Magistrate Judge Robert M. Levy on 5/13/2025. (Levy, Robert) (Entered: 05/13/2025) |
| 05/16/2025 | 4 | AFFIDAVIT of Service for Court's 5/13/25 Order, Plaintiff's Motion to Compel and supporting papers served on Meta Platforms, Inc., on 5/14/25, filed by Global Weather Productions, LLC. (Freeman, James) (Entered: 05/16/2025) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 05/16/2025 16:22:52 |

| PACER Login:    | Jhfreeman25   | Client Code:     |                  |
|-----------------|---------------|------------------|------------------|
| Description:    | Docket Report | Search Criteria: | 1:25-mc-01721-RML |
| Billable Pages: | 1             | Cost:            | 0.10             |