**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

GLOBAL WEATHER PRODUCTIONS, LLC, §
§
§
*Plaintiff*, §
§
v. §
§  Case No: 5:23-cv-01350-JKP-ESC
§
JOE PAGS MEDIA, LLC §
§
§
*Defendant.* §
§
§

**PLAINTIFF'S**
**EXPERT WITNESS LIST**

Pursuant to the Court's Amended Scheduling Order, dated May 19, 2025 [Dkt. No. 42],

plaintiff Global Weather Productions, LLC ("Plaintiff") respectfully identifies the following expert

witness in advance of trial. Further, because discovery remains ongoing, Plaintiff reserves the

right to supplement this expert witness list pursuant to Fed.R.Civ.P. 26(e).

**A.  EXPERT WITNESSES – EXPECTED TO BE PRESENTED**

|   | Name | Contact Information |
|---|------|---------------------|
| 1 | **Jason McDonald** | JM Internet Group<br>jason.mcdonald@jm-seo.net<br>Tel. 415-655-1071 |

Dated: August 25, 2025

Respectfully submitted:

**SANDERS LAW GROUP**

By:  ___*/s/ Craig B Sanders /*___
Craig B. Sanders, Esq.
James H. Freeman
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group

*Attorneys for Plaintiff*
*Global Weather Productions, LLC*

PLAINTIFF'S WITNESS LIST

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing PLAINTIFF'S EXPERT WITNESS LIST has been served via CM/ECF on August 25, 2025 to counsel listed below.

emchale@mchaleslavin.com
alockton@mchaleslavin.com
litigation@mchaleslavin.com

*Attorneys for Defendant*

By: / *jameshfreeman* /
James H. Freeman, Esq.
Sanders Law Group

PLAINTIFF'S WITNESS LIST