IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, | § § § § § § § § § § § § |
| *Plaintiff,* | Case No. 5:23-cv-01350-JKP-ESC |
| v. | |
| JOE PAGS MEDIA, LLC, | |
| *Defendant.* | |

**DEFENDANT JOE PAGS MEDIA, LLC'S WITNESS LIST**

Pursuant to the Court's Amended Scheduling Order, dated May 19, 2025 [Dkt. No. 42], Defendant Joe Pags Media, LLC ("Defendant") respectfully identifies the following witnesses in advance of trial. Defendant respectfully reserves the right to present any witnesses identified on Plaintiff Global Weather Productions, LLC ("Plaintiff's") Witness List. The witnesses identified herein are not listed in any particular order and Plaintiff reserves the right to present the witnesses at trial in an order to be determined at a future date.

Further, because discovery remains ongoing, Defendant reserves the right to supplement this Witness List pursuant to Fed. R. Civ. P. 26(e).

**A. WITNESSES – EXPECTED TO BE PRESENTED**

| | Name | Contact Information |
|---|---|---|
| 1 | **Blair Cullen** | M3 Media Management, LLC<br>c/o McHale & Slavin, P.A.<br>2855 PGA Blvd.<br>Palm Beach Gardens, FL 33410<br>litigation@mchaleslavin.com |

1

| 2 | **Blair Cullen** | Shawnee Digital, LLC<br>c/o McHale & Slavin, P.A.<br>2855 PGA Blvd.<br>Palm Beach Gardens, FL  33410<br>litigation@mchaleslavin.com |
|---|---|---|
| 3 | **Lynda McLaughlin** | M3 Media Management, LLC<br>c/o McHale & Slavin, P.A.<br>2855 PGA Blvd.<br>Palm Beach Gardens, FL  33410<br>litigation@mchaleslavin.com |
| 4 | **Joe Pagliarulo** | Joe Pags Media, LLC<br>c/o McHale & Slavin, P.A.<br>2855 PGA Blvd.<br>Palm Beach Gardens, FL  33410<br>litigation@mchaleslavin.com |

Dated: September 24, 2025

Respectfully submitted,

/s/ *Andrew D. Lockton*
Edward F. McHale
Florida Bar No. 190300
Andrew D. Lockton
Florida Bar No. 115519
California Bar No. 301186
MCHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
(561) 625-6575
(561) 625-6572 fax
emchale@mchaleslavin.com
alockton@mchaleslavin.com
litigation@mchaleslavin.com

*Attorneys for Defendants Joe Pags Media, LLC.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing Defendant Joe Pags Media, LLC's Witness List was served on counsel for the Plaintiff via CM/ECF on September 24, 2025. Counsel includes:

SANDERS LAW GROUP
Craig Sanders
James H. Freeman
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 115533
(516) 203-7600
csanders@sanderslaw.group
jfreeman@sanderslaw.group

*Attorneys for Plaintiff Global Weather Productions, LLC*

                                              */s/ Andrew D. Lockton*
                                              Andrew D. Lockton