IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>   *Plaintiff*,<br>vs.<br><br>JOE PAGS MEDIA, LLC,<br><br>   *Defendant*. | §<br>§<br>§   Case No. 5:23-cv-01350-MA-ESC<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT'S NOTICE OF NO OPPOSITION TO PLAINTIFF'S
MOTION TO MODIFY PARAGRAPH 4 OF THE SCHEDULING ORDER**

  Defendant Joe Pags Media, LLC respectfully submits this Notice that it **does not oppose** the Motion (Doc. No. 51) filed by Plaintiff Global Weather Productions, LLC seeking to modify paragraph 4 of the amended scheduling order and thereby extend the parties' deadline for dispositive motions until January 22, 2026.

Dated: December 10, 2025

             Respectfully submitted,

             */s/ Andrew D. Lockton*
             Edward F. McHale
             Florida Bar No. 190300
             Andrew D. Lockton
             Florida Bar No. 115519
             California Bar No. 301186
             **MCHALE & SLAVIN, P.A.**
             2855 PGA Boulevard
             Palm Beach Gardens, Florida 33410
             (561) 625-6575
             (561) 625-6572 fax
             emchale@mchaleslavin.com
             alockton@mchaleslavin.com
             litigation@mchaleslavin.com

             *Attorneys for Joe Pags Media, LLC*