UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
November 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: PGC
DEPUTY

| | | |
|---|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | 5:23-cv-01350-MA |
| | § | |
| JOE PAGS MEDIA, LLC, | § | |
| | § | |
| Defendant | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court previously referred Defendant Joe Pags Media's Motion for Summary Judgment[1] and Motion to Dismiss for Lack of Standing,[2] and Plaintiff Global Weather Productions, LLC's Motion for Summary Judgment[3] to United States Magistrate Judge Elizabeth Chestney for a Report and Recommendation (R&R). Judge Chestney has now issued an R&R addressing both Motions for Summary Judgement, and a separate R&R addressing the Motion to Dismiss. Judge Chestney recommends that Defendant's Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment both be GRANTED IN PART and DENIED IN PART. Specifically, the R&R recommends that Defendant should be awarded summary judgment on Plaintiff's direct copyright infringement claim, and Plaintiff should be awarded summary judgment on its vicarious copyright infringement claim and request for statutory damages. Judge Chestney further recommends that Defendant's Motion to Dismiss for Lack of Standing be DENIED.

Within the fourteen-day objection period, both parties have filed objections to the R&R's

---

[1] Dkt. No. 57.
[2] Dkt. No. 74.
[3] Dkt. No. 58.

and each party has timely filed a response.[4]

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the R&R to which objections were properly made; and those portions to which no objections were made to determine whether they are clearly erroneous or contrary to law. Finding no error, the Court hereby **ADOPTS IN WHOLE** each of Judge Chestney's Report and Recommendations.[5]

Accordingly, Defendant Joe Pags Media's Motion to Dismiss for Lack of Standing[6] is **DENIED.**

Accordingly, Defendant Joe Pags Media's Motion for Summary Judgement[7] is **GRANTED only with respect to Defendant's direct copyright infringement claim.**

Accordingly, Plaintiff Global Weather Productions, LLC's Motion for Summary Judgment[8] is **GRANTED only with respect to its vicarious copyright infringement claim and request for statutory damages.**

It is so ORDERED.

SIGNED this 17th day of November, 2026.

MICAELA ALVAREZ
Senior United States District Judge

[4] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.
[5] Dkt. Nos. 79, 80.
[6] Dkt. No. 74.
[7] Dkt. No. 57.
[8] Dkt. No. 58.